DION-KINDEM & CROCKETT
Steven R. Skirvin (Utah Bar No. 7626)
srs@dkclaw.com
10808 S. River Front Parkway, Suite 308
South Jordan, UT  84095
Telephone: (801) 984-8045
Facsimile: (801) 984-4315

AFFELD GRIVAKES ZUCKER LLP
David Affeld, CA Bar 123922
dwa@agzlaw.com
Christopher Grivakes, CA Bar 127994
cg@agzlaw.com
Gregg Zucker, CA Bar 166692
gz@agzlaw.com
12400 Wilshire Blvd., Ste 1180
Los Angeles, CA 90025
Telephone: (310) 979-8700
Facsimile: (310) 979-8701

*Attorneys for Plaintiff Western Utah Copper Corp.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re: WESTERN UTAH COPPER COMPANY,<br><br>    Debtors and Debtors in Possession, | Case No. 10-29159-WTT<br><br>Chief Judge William T. Thurman<br>Chapter 11<br>(Jointly Administered with<br>Case No. 10-30002 WTT) |
| WESTERN UTAH COPPER COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>NEVADA STAR RESOURCE CORP., PURE NICKEL, INC.<br><br>    Defendants. | ADVERSARY NO: 10-02652<br><br>**STIPULATION RE: DISMISSAL OF ADVERSARY COMPLAINT WITHOUT PREJUDICE** |

Plaintiff Western Utah Copper Corp. ("WUCC') and Defendants Nevada Star Resources Corp. ("Nevada Star") and Pure Nickel, Inc. ("Pure Nickel"), by and through their respective undersigned counsel, hereby stipulate that WUCC shall dismiss this adversary proceeding without prejudice, and assert the claims contained herein in related Adversary Case No. 10-02854.

| | |
|---|---|
| Date:  February 7, 2011 | DION-KINDEM & CROCKETT |
| | //s//  Steven R. Skirvin |
| | STEVEN R. SKIRVIN<br>Attorneys for plaintiff, WESTERN UTAH COPPER COMPANY |
| Date:  February 7, 2011 | AFFELD GRIVAKES ZUCKER LLP |
| | //s//  Christopher Grivakes |
| | CHRISTOPHER GRIVAKES<br>Attorneys for plaintiff, WESTERN UTAH COPPER COMPANY |
| Date:  February 7, 2011 | PARSON BEHLE & LATIMER |
| | //s//  Derek Langton |
| | DEREK LANGTON<br>Attorneys for Defendants, NEVADA STAR RESOURCES CORP. and PURE NICKEL, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2011, I electronically filed the foregoing STIPULATION RE: DISMISSAL OF ADVERSARY COMPLAINT WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which sent notification of such filing to all those parties who requested such notice, including the following:

Derek Langton
J. Thomas Beckett
Scott Bell
Parsons Behle & Latimer
ECF@parsonsbehle.com

Christopher Grivakes
Affeld Grivakes Zucker LLP
cg@agzlaw.com

                    //s// Steven R. Skirvin
                    _____
                    STEVEN R. SKIRVIN
                    Attorney for Plaintiff Western Utah Copper Corp.